■ In the Matter of MARK A. B., a Person Alleged to be a Juvenile Delinquent, Appellant. CHAUTAUQUA COUNTY ATTORNEY, Respondent. [706 NYS2d 657] —Order unanimously affirmed without costs. Memorandum: The petition, alleging that respondent committed acts that, if committed by an adult, would constitute the crime of sexual abuse in the first degree

(Penal Law § 130.65 [3]), together with the supporting depositions of the victim and his brother detailing the acts, complies with Family Court Act § 311.2 (3) (*cf., Matter of Neftali D.,* 85 NY2d 631, 634). The proof is legally sufficient to establish that respondent committed the acts for the purpose of his sexual gratification (*see, People v Smithers,* 255 AD2d 916, 917, *lv denied* 92 NY2d 1054; *People v Beecher,* 225 AD2d 943, 944-945; *Matter of Olivia YY.,* 209 AD2d 892; *People v Farren,* 178 AD2d 913). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Juvenile Delinquency.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.